161 A.3d 794

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Gregory J. GRANT, Petitioner**

**No. 509 MAL 2016**

Supreme Court of Pennsylvania.

November 22, 2016

586

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**